**IN THE COURT OF APPEALS OF IOWA**

No. 23-1800
Filed January 9, 2025

**LARRY DEAN BELL SR.,**
    Plaintiff-Appellant,

**vs.**

**STATE OF IOWA, SGT. WILCOX, CHRIS TRIPP, and ISP EMPLOYEES,**
    Defendants-Appellees.
_____

Appeal from the Iowa District Court for Lee (North) County, Joshua P. Schier, Judge.

Larry Bell Sr. appeals the district court's dismissal of his claims of destruction of personal property. **AFFIRMED.**

Larry Dean Bell, Sr., Fort Madison, self-represented appellant.

Brenna Bird, Attorney General, and H. Loraine Wallace, Assistant Attorney General, for appellees.

Considered by Schumacher, P.J., Badding, J., and Bower, S.J.*

*Senior judge assigned by order pursuant to Iowa Code section 602.9206 (2025).

**SCHUMACHER, Presiding Judge.**

Inmate Larry Bell Sr. appeals from the district court's dismissal of his claims of "destruction of personal property" by prison officials "over the last five (5) years" and his request for a money judgment. The district court found Bell's claims lacked legal merit and had already been adjudicated. Upon our review, we conclude the judgment of the district court is correct, no error of law appears, the questions presented are not of sufficient importance to justify an opinion, and an opinion would not have precedential value.[1] Accordingly, we affirm without opinion pursuant to Iowa Rule of Appellate Procedure 6.1203.

**AFFIRMED.**

---

[1] The State requests that this court impose a penalty against Bell under Iowa Code section 610A.3 (2023). Because we affirm the district court order that did not involve a dismissal under section 610A, we decline to impose sanctions. But Bell is advised that persisting in pursuing civil actions that fail to state a claim for which relief may be granted places him at risk that a future court may dismiss the action as frivolous under 610A.2 and apply penalties, including "the loss of some or all of the earned time credits" or "up to fifty percent of the average balance of the inmate account under section 904.702 or of any prisoner account." *See* Iowa Code §§ 610A.2, 610A.3(1)(a)–(b).